# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )   | |
| VS.                                                           )   | Case No: 2:24cr312 AMM-GMB-1 |
| )   | |
| ROBERT WINSTON BURGETT,      )   | |
| Defendant.                                             )   | |

## ORDER

The court has been notified that defendant, Robert Winston Burgett**,** desires a hearing for the purpose of changing his plea. Accordingly, a consent hearing is scheduled in this matter on Wednesday, October 23, 2024 at 10:00 AM, Courtroom 5B, Hugo L. Black U.S. Courthouse, Birmingham, Alabama. **Counsel for the defendant is reminded of the requirement for filing the Guilty Plea Advice of Rights Form in the courtroom immediately prior to this proceeding**. Counsel is directed to notify chambers in advance if this defendant will be entering a blind plea.

**DONE** and **ORDERED** this 10th day of October, 2024.



_____
 **ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE